No. —. Ex parte RAYMOND PAUL HILE. October 9, 1944. The motion for leave to file petition for writ of habeas corpus and for other relief is denied.

No. —. Ex parte A. D. YOUNG. October 9, 1944. The motion for leave to file petition for writ of habeas corpus is denied. The application for other relief is also denied.

No. —. Ex parte PERCY BERRY;
No. —. Ex parte REUBEN S. BREWER;
No. —. Ex parte HARRY DUNCOMBE;
No. —. Ex parte JAMES DOUGHERTY;
No. —. Ex parte JOSEPH JACKSON;
No. —. Ex parte MILTON JAMES; and
No. —. Ex parte ANDREW SCOTT. October 9, 1944. The applications are denied.

No. —. TINKOFF ET AL. v. GOLD, TRUSTEE. October 9, 1944. The motion to set aside the order denying an extension of time within which to file petition for writ of certiorari is denied.

No. —. Ex parte PAUL BELLENGER;
No. —. McMILLAN v. UNITED STATES; and
No. —. Ex parte CLARENCE B. BERNARD. October 16, 1944. Applications denied.

No. —. Ex parte ALBERT W. KRAUSE;
No. —. Ex parte CECIL L. WRIGHT;
No. —. Ex parte STANLEY B. PEPLOWSKI;